This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Toni Davis v. Junior R Murray, Bottomley Enterprises, Inc

| | |
|---|---|
| Case Number | 30D01-2101-CT-000137 |
| Court | Hancock Superior Court 1 |
| Type | CT - Civil Tort |
| Filed | 01/28/2021 |
| Status | 01/28/2021 , Pending (active) |

## Parties to the Case

**Defendant** Murray, Junior R

<u>Address</u>
291 Foxfire Road
Glade Valley, NC 28627

<u>Attorney</u>
Michael Wroblewski
*#2588464, Lead, Retained*

ONE INDIANA SQUARE, STE 300
INDIANAPOLIS, IN 46204
317-638-4521(W)

<u>Attorney</u>
McKenzie Elise Hutchinson
*#3586149, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

**Defendant** Bottomley Enterprises, Inc

<u>Address</u>
6460 Glade Valley Road
Ennice, NC 28623

<u>Attorney</u>
Michael Wroblewski
*#2588464, Lead, Retained*

ONE INDIANA SQUARE, STE 300
INDIANAPOLIS, IN 46204
317-638-4521(W)

<u>Attorney</u>
McKenzie Elise Hutchinson
*#3586149, Retained*

Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
317-638-4521(W)

**EXHIBIT D**

| | |
|---|---|
| Plaintiff | Davis, Toni |

<u>Attorney</u>
Stephanie L. Cassman
*#2220649, Retained*

WAGNER REESE LLP
11939 North Meridian Street
Carmel, IN 46032
317-569-0000(W)

## Chronological Case Summary

| 01/28/2021 | **Case Opened as a New Filing** |
|---|---|

| 01/29/2021 | **Appearance Filed** |
|---|---|
| | Appearance |
| For Party: | Davis, Toni |
| File Stamp: | 01/28/2021 |

| 01/29/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages |
| Filed By: | Davis, Toni |
| File Stamp: | 01/28/2021 |

| 01/29/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Murray |
| Filed By: | Davis, Toni |
| File Stamp: | 01/28/2021 |

| 01/29/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Bottomley |
| Filed By: | Davis, Toni |
| File Stamp: | 01/28/2021 |

| 03/02/2021 | **Appearance Filed** |
|---|---|
| | Appearance of Michael Wroblewski & McKenzie Hutchinson |
| For Party: | Murray, Junior R |
| For Party: | Bottomley Enterprises, Inc |
| File Stamp: | 03/02/2021 |

| 03/02/2021 | **Motion Filed** |
|---|---|
| | Defs' MET to Answer Plaintiff's Complaint |
| Filed By: | Murray, Junior R |
| Filed By: | Bottomley Enterprises, Inc |
| File Stamp: | 03/02/2021 |

| 03/03/2021 | **Order Granting Motion for Enlargement of Time** |
|---|---|
| | DEFENDANTS JUNIOR R. MURRAY AND BOTTOMLEY ENTERPRISES, INC. GIVEN TO AND INCLUDING April 5, 2021 TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES. CBC/TMP |
| Judicial Officer: | Coombs, Cody B - C |
| Noticed: | Cassman, Stephanie L. |
| Noticed: | Hutchinson, McKenzie Elise |
| Noticed: | Wroblewski, Michael |
| Order Signed: | 03/03/2021 |

| 03/04/2021 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 3/3/2021 : McKenzie Elise Hutchinson;Michael Wroblewski;Stephanie L. Cassman |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Davis, Toni
Plaintiff

**Balance Due** (as of 03/09/2021)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/29/2021 | Transaction Assessment | 157.00 |
| 01/29/2021 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT |
| | )SS: | CIVIL DIVISION |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

TONI DAVIS,                         )
                                    )
           Plaintiff,               )
                                    )
    v.                              )
                                    )
JUNIOR R. MURRAY, and               )
BOTTOMLEY ENTERPRISES, INC.         )
                                    )
           Defendants.              )

## APPEARANCE

**Type of Case: CT**

**Party Classification:** Initiating  X        Responding ___       Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

   **Plaintiff Toni Davis**

2. Applicable attorney information for service as required by Trial Rule 5[B][2] and for case information as required by Trial Rules 3.1 and 77[B] is as follows:

   | | |
   |---|---|
   | Attorney Name: | Stephanie L. Cassman |
   | Attorney Number: | 22206-49 |
   | Firm Name: | **WAGNER REESE, LLP** |
   | Address: | 11939 North Meridian Street |
   | | Carmel, Indiana 46032-8529 |
   | Telephone: | (317) 569-0000 |
   | Facsimile: | (317) 569-8088 |
   | E-Mail: | SCassman@WagnerReese.com |

3. There are other party members:  Yes: _____   No: XXX

4. *If first initiating party filing this case,* the Clerk is requested to assign this Case Type under Administrative Rule 8[b][3]:      Civil Tort

5. I will accept service by FAX at the above-noted number: Yes: _____  No: XXX

6. This case involves support issues: Yes: _____  No: XXX

7.     There are related cases: Yes: _____ No: <u>XXX</u>

8.     This form has been served on all other parties.

9.     Additional information required by Local Rule: _____<u>None</u>_____

10.     The undersigned attorney has reviewed and discussed the **Commitment to Respect and Civility** with his client and agrees to aspire to its goals.

                                              */s/ Stephanie L. Cassman*
                                              Stephanie L. Cassman, #22206-49

| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT |
| --- | --- | --- |
| | )SS: | CIVIL DIVISION |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

TONI DAVIS,                        )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )    **JURY TRIAL REQUESTED**
                                   )
JUNIOR R. MURRAY, and              )
BOTTOMLEY ENTERPRISES, INC.        )
                                   )
        Defendants.                )

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Plaintiff, Toni Davis, by counsel, files her Complaint for Damages against the Defendants, Junior R. Murray and Bottomley Enterprises, Inc., and alleges as follows:

1. Plaintiff, Toni Davis, is a resident of Marion County, Indiana.

2. At all times relevant hereto, Defendant, Junior R. Murray (hereinafter "Murray"), was a citizen of the State of North Carolina, residing in Glade Valley, Alleghany County, and was acting in the course and scope of his employment with Bottomley Enterprises, Inc. at the time of the collision.

3. At all times relevant hereto, Defendant, Bottomley Enterprises, Inc. (hereinafter "Bottomley"), was a North Carolina corporation with its principal place of business located in Ennice, North Carolina

4. At all times relevant hereto, Defendant, Bottomley, by and through its employee Defendant, Murray, was operating a commercial motor vehicle engaged in interstate commerce.

5. Bottomley's registered agent for service of process is, Mitchell Bottomley, 6460 Glade Valley Road, Ennice, North Carolina 28623.

6. At all relevant times, in the Township of Center, City of Greenfield, County of Hancock, State of Indiana, there was and remains a divided public thoroughfare known as Interstate 70 (hereinafter "I-70") which generally runs in an easterly and westerly direction near the 103.8 mile marker.

7. On February 1, 2019, at approximately 3:15 a.m., Plaintiff, Toni Davis, was a back seat passenger in a vehicle traveling west on I-70.

8. The vehicle Plaintiff, Toni Davis, was riding in came to a stop due to stopped traffic on westbound I-70 near the 103.8 mile marker.

9. At approximately the same time and place, Defendant, Murray, who was acting in the course and scope of his employment with Defendant, Bottomley, was operating a 2015 Kenworth Semi-Tractor owned, maintained and controlled by Defendant, Bottomley, on I-70 West.

10. Defendant, Murray, was traveling behind the vehicle Plaintiff, Toni Davis was riding in and failed to stop for traffic and struck the rear of the vehicle Plaintiff, Toni Davis, was riding in, causing a violent rear end collision.

11. Defendant, Murray, while acting in the course and scope of his employment with Defendant, Bottomley, was negligent in one or more of the following ways:

    a. Failing to maintain a reasonable and prudent following distance, having due regard for the speed of vehicles, the time interval between the vehicles, and the condition of the roadway, Ind. Code § 9-21-8-14;

    b. Failing to maintain a reasonable and prudent speed, restricted so as to avoid colliding with another vehicle, Ind. Code § 9-21-8-14;

    c. Failing to keep his vehicle under reasonable control;

    d. Failing to pay proper attention to the roadway;

   e. Failing to maintain a proper lookout;

   f. Violating other Indiana traffic laws;

   g. Violating United States Federal Motor Carrier Safety Regulations, the Preventable Accident Manual as published by the U.S. Department of Transportation Federal Highway Administration Office of Motor Carriers; and

   h. Failing to otherwise operate his vehicle with reasonable care.

12. Defendant, Bottomley, negligently hired, supervised, trained and retained its employee, Defendant, Murray, and negligently entrusted Defendant, Murray, with its company vehicle.

13. Defendant, Bottomley, had in effect written policies and procedures that their driver violated, causing this collision, or in the alternative, Defendant, Bottomley, had in effect policies and procedures that it knew or should have known were negligent and constituted a risk to the safety of motorists and passengers like Plaintiff, Toni Davis.

14. As a direct and proximate result of the negligence of Defendant, Murray, and Defendant, Bottomley, Plaintiff, Toni Davis, sustained personal injuries. In order to treat her injuries and to lessen her pain and suffering, Plaintiff, Toni Davis, has been required to engage the services of hospitals, physicians, radiologists, and therapists for medical care, diagnostic testing, physical therapy, and medication, and has incurred, and will incur in the future, medical expenses for such treatment.

15. As a direct result of the accident described herein, and the injuries to Plaintiff, Toni Davis, resulting therefrom, Plaintiff, Toni Davis' quality of life has been diminished indefinitely.

16. As a direct result of the accident described herein, and the injuries to Plaintiff, Toni Davis, resulting therefrom, Plaintiff, Toni Davis, experienced significant pain, suffering, and emotional distress.

WHEREFORE, Plaintiff, Toni Davis, respectfully requests judgment against Defendants, Junior R. Murray and Bottomley Enterprises, Inc., in an amount reasonable to compensate Plaintiff, Toni Davis, for her damages sustained, any and all prejudgment interest calculated according to statute, and any and all other just and proper relief.

Respectfully submitted,

**WAGNER REESE, LLP**

*/s/ Stephanie L. Cassman*
Stephanie L. Cassman, #22206-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

  Comes now the Plaintiff, Toni Davis, by counsel, and hereby requests this matter be tried by a jury.

                Respectfully submitted,

                **WAGNER REESE, LLP**

                */s/ Stephanie L. Cassman*_____
                Stephanie L. Cassman, #22206-49
                Attorney for Plaintiffs

**WAGNER REESE, LLP**
11939 North Meridian Street
Carmel, IN  46032
Tel: (317) 569-0000
Fax: (317) 569-8088
Email: SCassman@WagnerReese.com

| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT |
|---|---|---|
| | )SS: | CIVIL DIVISION |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

| TONI DAVIS, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUNIOR R. MURRAY, and | ) |
| BOTTOMLEY ENTERPRISES, INC. | ) |
| | ) |
| Defendants. | ) |

### SUMMONS

TO:   Junior R. Murray
      291 Foxfire Road
      Glade Valley, NC  28627

You are hereby notified that you have been sued by the persons named as Plaintiffs and in the Court indicated above.

The nature of the suit against you is stated in the *Complaint for Damages*, which is attached to this Summons. It also states the relief sought or the demand made against you by Plaintiffs.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if the Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: __1/29/2021__   _____[signature]_____ (Seal)
                        Hancock County Circuit/Superior Court

(The following manner of service of summons is hereby designated.)
  XX   Registered or certified mail.
  ___  Service at place of employment, to-wit:
  ___  Service on individual – (Personal or copy) at above address.
  ___  Service on agent. (Specify)  As designated above.
  ___  Other service. (Specify)

| WAGNER REESE, LLP | Telephone: | (317) 569-0000 |
| 11939 North Meridian Street | Facsimile: | (317) 569-8088 |
| Carmel, Indiana 46032-8529 | E-Mail: | SCassman@wagnerreese.com |

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served this summons on the _____ day of _____, 20___.

(1) By delivering a copy of the summons and a copy of the complaint to the Defendant, _____.
(2) By leaving a copy of the summons and a copy of the complaint at _____ _____ which is the dwelling place or usual place of abode of_____ and by mailing a copy of said summons to said Defendant at the above address.
(3) Other Service or Remarks: _____
_____

_____        _____
Sheriff's Costs                        Sheriff
                                       By: _____
                                             Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by _____ mail, requesting a return receipt at the address furnished by the Plaintiffs.

                                       _____
                                       Clerk, Hancock County Superior Court
Dated: _____, 20____.     By: _____
                                             Deputy

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing the Summons and a copy of the complaint mailed to Defendant, _____, was accepted by the Defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.

                                       _____
                                       Clerk, Hancock County Superior Court
Dated: _____, 20____.     By: _____
                                             Deputy

| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT |
| --- | --- | --- |
| | )SS: | CIVIL DIVISION |
| COUNTY OF HANCOCK | ) | CAUSE NO.: |

| TONI DAVIS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JUNIOR R. MURRAY, and | ) |
| BOTTOMLEY ENTERPRISES, INC. | ) |
| | ) |
| Defendants. | ) |

## SUMMONS

TO:   Mitchell Bottomley, Registered Agent
      Bottomley Enterprises, Inc.
      6460 Glade Valley Road
      Ennice, NC  28623

You are hereby notified that you have been sued by the persons named as Plaintiffs and in the Court indicated above.

The nature of the suit against you is stated in the *Complaint for Damages*, which is attached to this Summons. It also states the relief sought or the demand made against you by Plaintiffs.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three [23] days if the Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: __1/29/2021_____          _____[signature]_____(Seal)
                                              Hancock County Circuit/Superior Court

(The following manner of service of summons is hereby designated.)
  XX    Registered or certified mail.
  ____  Service at place of employment, to-wit:
  ____  Service on individual – (Personal or copy) at above address.
  ____  Service on agent. (Specify) As designated above.
  ____  Other service. (Specify)

| WAGNER REESE, LLP | Telephone: | (317) 569-0000 |
| --- | --- | --- |
| 11939 North Meridian Street | Facsimile: | (317) 569-8088 |
| Carmel, Indiana 46032-8529 | E-Mail: | SCassman@wagnerreese.com |

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I served this summons on the _____ day of _____, 20___.

(1) By delivering a copy of the summons and a copy of the complaint to the Defendant, _____.
(2) By leaving a copy of the summons and a copy of the complaint at _____ _____ which is the dwelling place or usual place of abode of_____ and by mailing a copy of said summons to said Defendant at the above address.
(3) Other Service or Remarks: _____
_____

_____           _____
Sheriff's Costs                                              Sheriff
                                                             By: _____
                                                                         Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of this summons and a copy of the complaint to the Defendant, _____, by _____ mail, requesting a return receipt at the address furnished by the Plaintiffs.

                                                   _____
                                                   Clerk, Hancock County Superior Court
Dated: _____, 20____.      By: _____
                                                                Deputy

## RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing the Summons and a copy of the complaint mailed to Defendant, _____, was accepted by the Defendant on the _____ day of _____, 20____.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant _____ was accepted by _____ on behalf of said Defendant on the _____ day of _____, 20___.

                                                   _____
                                                   Clerk, Hancock County Superior Court
Dated: _____, 20____.      By: _____
                                                                Deputy

| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT 1 |
|---|---|---|
| | ) SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO. 30D01-2101-CT-000137 |

TONI DAVIS,                       )
                                  )
    Plaintiff,             )
                                  )
v.                                )
                                  )
JUNIOR R. MURRAY and              )
BOTTOMLEY ENTERPRISES, INC.       )
                                  )
    Defendants.            )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

Party Classification:  Initiating ___  Responding  _XX_   Intervening ___

1)    Name or names of initiating party or parties:

    **Defendants Junior R. Murray and Bottomley Enterprises, Inc.**

2)    Attorney information (as applicable for service of process):

| **Name:** | Michael Wroblewski | Attorney No: 25884-64 |
| | McKenzie E. Hutchinson | Attorney No: 35861-49 |
| | KIGHTLINGER & GRAY, LLP | Telephone: (317) 638-4521 |
| | One Indiana Square, Suite 300 | Facsimile:  (317) 636-5917 |
| | 211 N. Pennsylvania Street | Email: mwroblewski@k-glaw.com |
| | Indianapolis, IN 46204 | mhutchinson@k-glaw.com |

3)    There are other party members:  Yes ___  No _X_

4)    Will initiating party accept Fax service:  Yes ___  No _X_

5)    If first initiating party filing this case, the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3):

6)    This case involves support issues.  Yes ___  No _X_

7)    There are related cases:  Yes ___  No _X_

8)     This form has been served on all other parties: Certificate of Service is attached: Yes <u>XX</u> No

9)     Additional information required by local rule.

KIGHTLINGER & GRAY, LLP

By:     <u>/s/ Michael Wroblewski</u>
        Michael Wroblewski, Attorney No. 25884-64
        *Attorneys for Defendants Junior R. Murray and*
        *Bottomley Enterprises, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system on the following on this 2nd day of March 2021:

Stephanie L. Cassman
WAGNER REESE, LLP
11939 N. Meridian St.
Carmel, IN 46032
scassman@wagnerreese.com
*Attorneys for Plaintiff*

                                                               <u>/s/ Michael Wroblewski</u>
                                                               Michael Wroblewski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
Telephone: (317) 638-4521
mwroblewski@k-glaw.com

777777\60962336-1

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO. 30D01-2101-CT-000137 |

TONI DAVIS,            )
                       )
    Plaintiff,     )
                       )
v.                     )
                       )
JUNIOR R. MURRAY and   )
BOTTOMLEY ENTERPRISES, INC. )
                       )
    Defendants.    )

## DEFENDANTS JUNIOR R. MURRAY AND BOTTOMLEY ENTERPRISES, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants, Junior R. Murray and Bottomley Enterprises, Inc., by counsel, for their motion for extension of time hereby states as follows:

1. Plaintiff's Complaint for Damages was filed herein on or about January 28, 2021.

2. Defendants, Junior R. Murray and Bottomley Enterprises, Inc. were served with Plaintiff's Complaint for Damages on or about February 11, 2021, by certified mail.

3. Therefore, Defendants' responses to the Complaint for Damages was due on or before March 6, 2021.

4. Counsel was just recently retained and hereby requests thirty (30) days from today in which to file Defendants' Answers or other pleading(s) in response to Plaintiff's Complaint for Damages.

5. The enlargement of time is necessary for the reason that the attorneys for the Defendants have not had adequate time to study the Complaint for Damages, confer with their clients and prepare appropriate responsive pleading(s).

6. No prior enlargements of time have been requested by Defendants, and the

requested enlargement is not sought for the purpose of undue delay or to prejudice Plaintiff.

7.      The enlargement of time requested shall expire on April 5, 2021.

WHEREFORE, Defendants, Junior R. Murray and Bottomley Enterprises, Inc., by counsel, respectfully request that the time prescribed within which to serve a motion and/or pleading in response to Plaintiff's Complaint for Damages be enlarged for a period of thirty (30) days to and including April 5, 2021, and for all other relief proper in the premises.

KIGHTLINGER & GRAY, LLP


By:     */s/ Michael Wroblewski*
        Michael Wroblewski, Attorney No. 25884-64
        *Attorneys for Defendants, Junior R. Murray and
         Bottomley Enterprises, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned filed and served the foregoing electronically through the Court's CM/ECF system on the following on this 2nd day of March 2021:

Stephanie L. Cassman
WAGNER REESE, LLP
11939 N. Meridian St.
Carmel, IN 46032
scassman@wagnerreese.com
*Attorneys for Plaintiff*

                                        */s/ Michael Wroblewski*
                                        Michael Wroblewski

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
Telephone: (317) 638-4521
mwroblewski@k-glaw.com

777777\60931636-1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HANCOCK SUPERIOR COURT 1 |
| | ) SS: | |
| COUNTY OF HANCOCK | ) | CAUSE NO. 30D01-2101-CT-000137 |

TONI DAVIS,                )
                           )
    Plaintiff,         )
                           )
v.                         )
                           )
JUNIOR R. MURRAY and       )
BOTTOMLEY ENTERPRISES, INC.)
                           )
    Defendants.        )

**FILED**
March 3, 2021
HANCOCK SUPERIOR COURT
TP

### ORDER GRANTING DEFENDANTS JUNIOR R. MURRAY AND BOTTOMLEY ENTERPRISES, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendants, Junior R. Murray and Bottomley Enterprises, Inc., by counsel, having filed their request for a thirty (30) day extension of time within which to respond to Plaintiff's Complaint for Damages, and the Court being duly advised now GRANTS said request.

IT IS, THEREFORE, ORDERED that the time within which the Defendants, Junior R. Murray and Bottomley Enterprises, Inc., may answer or otherwise respond to Plaintiff's Complaint for Damages, and hereby is, extended to and including April 5, 2021.

SO ORDERED this __March 3, 2021__ day of March 2021.

_____ CC
JUDGE, Hancock County Superior Court 1
**Cody Coombs, Court Commissioner**

Distribution:

All Counsel of Record

777777\60962413-1